IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| OSAMA F. HOSNI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 04-1328 |
| DINA DARWISH, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Summary Judgment on Count I of the Amended Complaint and on Counts I through III of Defendant's Counterclaim and also on Defendant's Motion for Summary Judgment.

For the reasons stated from the bench, it is hereby

ORDERED that both Plaintiff's and Defendant's Motions for Summary Judgment are DENIED.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 13, 2005